NUMBER 13-01-796-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


MARIA BOUCHER A/K/A MARIA DE LA CRUZ , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 

of Nueces County, Texas.

___________________________________________________________________



O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, MARIA BOUCHER A/K/A MARIA DE LA CRUZ , perfected an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas, in cause number 00-CR-3709-H . Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 3rd day of January, 2002 .